JOHN L. HARGNELL, RELATOR v. THE LAFAYETTE BENEVO-
LENT SOCIETY OF BAY CITY.

*Private corporations—Enforcement of rules.*

The Supreme Court will not interfere with the internal regulation of
private corporations in the enforcement of their rules unless under
very peculiar circumstances of substantial wrong; if members have
any grievance arising therefrom, for which they are entitled to
redress, they can proceed by action.

Mandamus to compel the society to reinstate relator to
his rights as a member, the society having suspended him
for the contumacious and willful violation of a rule in
leaving a special meeting without necessity and without
permission of the presiding officer. Submitted and denied
with costs January 24.

*Simonson & Gillett* and *T. A. E. Weadock* for relator.

*A. McDonell* for respondent.